## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JASON F. THOMPSON,

       Plaintiff,                              Case No.: 3:15-cv-382

vs.

COMMISSIONER OF                      District Judge Thomas M. Rose
SOCIAL SECURITY,                     Magistrate Judge Michael J. Newman

       Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (doc. 14) is **ADOPTED** in full;

2. Plaintiff's counsel's motion for attorney's fees (doc. 12) is **GRANTED**;

3. Plaintiff's counsel is **AWARDED** $16,191.00 in attorney's fees; and

4. The case remains **TERMINATED** on the docket of this Court.


Date: August 15, 2017                                                   *s/Thomas M. Rose

                                                                       Thomas M. Rose
                                                              United States District Judge